Opinion issued January 29, 2009 








 



 


 In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-08-00869-CR

____________


IN RE MARIN LUGO, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION

 Upon consideration of relator's motion for rehearing, we deny the motion,
withdraw our opinion of December 4, 2008, and substitute the following in its place.

 Relator, Marin Lugo, has filed a pro se petition for writ of mandamus. (1) Lugo
requests that this Court reverse the trial court's ruling that allowed his retained
counsel, Edward P. Silas to withdraw. (2) Lugo has not Shown an inadequate remedy
by appeal. Tex. Gov't Code Ann. § 22.221(a), (b) (Vernon Supp. 2008). See
Walker v. Packer, 827 S.W.2d 833, 839 (Tex. 1992). The petition for writ of mandamus is denied.

 It is so ORDERED.

PER CURIAM


Panel consists of Justices Taft, Keyes, and Alcala.

Do not publish. Tex. R. App. P. 47.2(b).

 
1. The underlying proceeding, trial court cause number 1104195, is
pending in the 184th District Court, Harris County. 
2. We note that the trial court has appointed counsel Gilberto Villarreal to
represent relator in trial court cause number 1104195.